**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

REGIONS BANK, an Alabama state
chartered bank,

    Plaintiff,

vs.                                              Case No.: 2:14-cv-476-FtM-29DNF

LEGAL OUTSOURCE PA, a Florida
professional association; PERIWINKLE
PARTNERS LLC, a Florida limited liability
company; CHARLES PAUL-THOMAS
PHOENIX, a/k/a CHARLES PT PHOENIX,
individually; and LISA M. PHOENIX,
individually,

    Defendants.
_____/

## REGIONS BANK'S AMENDED TRIAL WITNESS LIST

Regions Bank, an Alabama state chartered bank (the "Bank"), by and through its undersigned counsel, hereby submits its Amended Witness List in connection with the trial of this matter scheduled to begin on March 1, 2017, as follows:

<u>Witnesses Plaintiff Intends to Call to Trial</u>:

1.     Michael Tufano, or other Corporate Representative
   Regions Bank
   c/o Anthony & Partners, LLC
   201 N. Franklin Street, Suite 2800
   Tampa, Florida 33602

2.     Bob DeHaven or other Corporate Representative
   Regions Bank
   c/o Anthony & Partners, LLC
   201 N. Franklin Street, Suite 2800
   Tampa, Florida 33602

3. Karen Weeks
   Regions Bank
   c/o Anthony & Partners, LLC
   201 N. Franklin Street, Suite 2800
   Tampa, Florida 33602

4. Frank A. Lafalce, Esq.
   Anthony & Partners, LLC
   201 N. Franklin Street, Suite 2800
   Tampa, Florida 33602

5. Charles Paul-Thomas Phoenix, Corporate Representative
   Legal Outsource PA
   c/o Charles PT Phoenix, Esquire
   2407 Periwinkle Way, Suite 6
   Sanibel, Florida 33957

6. Charles Paul-Thomas Phoenix, Corporate Representative
   Periwinkle Partners, LLC
   c/o Charles PT Phoenix, Esquire
   2407 Periwinkle Way, Suite 6
   Sanibel, Florida 33957

7. Charles Paul-Thomas Phoenix
   2407 Periwinkle Way, Suite 6
   Sanibel, Florida 33957

8. Lisa M. Phoenix
   c/o Charles PT Phoenix, Esquire
   2407 Periwinkle Way, Suite 6
   Sanibel, Florida 33957

9. RST Group, LLC*
   c/o Dharma Malempati
   4008 North Florida Avenue
   Tampa, Florida 33603

10. Any and all witnesses listed on Defendants' witness list.**

11. Any rebuttal witnesses.

<u>Witnesses for Which Plaintiff Intends to Offer Testimony by Deposition Designation at Trial</u>:

    12.    Chuck Legrand
               Nashville, Tennessee

    13.    Sun Realty Associates, LLC
               c/o Srujani Pagidipati
               2955 S.E. 3rd Court
               Ocala, Florida 34471

<u>Rebuttal Witnesses for Which Plaintiff May Offer Testimony by Deposition Designation at Trial</u>:

    14.    Ivy Jo Nemeth
               24774 Summer Lane
               Flat Rock, Michigan 48135

\*Plaintiff intends to call this witness for live testimony at trial.  In the event the same is not available, however, Plaintiff will offer testimony by deposition designation.

\*\*Plaintiff reserves the right to call, via live testimony or by deposition designation, any and all witnesses listed by the Defendants.  By listing such witnesses, Plaintiff does not waive any objection to the admissibility of testimony of such witnesses as trial.

    /s/ Stephenie Biernacki Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number:  0731013
janthony@anthonyandpartners.com
**STEPHENIE BIERNACKI ANTHONY, ESQ.**
Florida Bar Number:  0127299
santhony@anthonyandpartners.com
Anthony & Partners, LLC
201 North Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: 813-273-5616
Telecopier: 813-221-4113

Attorneys for the Bank

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means on the 22nd day of February, 2017, to:

Charles PT Phoenix, Esquire
2407 Periwinkle Way, Suite 6
Sanibel, Florida 33957
cptp@RhodesTucker.com
kv@RhodesTucker.com

/s/ Stephenie Biernacki Anthony
**ATTORNEY**