UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REGIONS BANK, an Alabama state
chartered bank

        Plaintiff,

v.                                Case No: 2:14-cv-476-FtM-PAM-MRM

LEGAL OUTSOURCE PA,
PERIWINKLE PARTNERS LLC,
CHARLES PAUL-THOMAS PHOENIX
and LISA M. PHOENIX,

        Defendants.

| JUDGE: | Paul A. Magnuson | COUNSEL FOR PLAINTIFF | DOMINIC ANTHONY ISGRO |
|---|---|---|---|
| DEPUTY CLERK: | Libby Figgers | COUNSEL FOR DEFENDANT: | Charles PT Phoenix |
| COURT REPORTER | No reporter required | | |
| DATE/TIME | February 24, 2017 2:00 – 2:15 PM | | |

**Telephone Conference**

Bench trial for March 2017 has been cancelled. To be re-set by further notice. Parties are to submit trial brief and proposed findings of fact and law by March 1, 2017.